# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:16-cv-00260-MR
# [CRIMINAL CASE NO. 3:09-cr-00018-MR-1]

| | |
|---|---|
| **GEGE LAMONT MOORE,** ) ) Petitioner, ) ) vs. ) ) **UNITED STATES OF AMERICA,** ) ) Respondent. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Order granting Petitioner's Motion to Vacate [Doc. 1] and ordering him to be resentenced.

**IT IS, THEREFORE, ORDERED** as follows:

(1) The United States Marshal shall have Petitioner present in Charlotte, North Carolina, for resentencing within 30 days of the date of this order;

(2) The Clerk of Court shall calendar this matter for resentencing as soon as possible after August 7, 2016;

(3) The Federal Defender shall provide counsel to Petitioner for resentencing; and

(4) The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, the Federal Defenders, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: July 8, 2016

Martin Reidinger
United States District Judge